UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY RAMADEI,                                :        CIVIL ACTION NO.
        Plaintiff,                           :        3:21-CV-1435 (JCH)
                                             :
        v.                                   :
                                             :
                                             :
RADIALL USA, INC.,                           :        **DECEMBER 8, 2023**
        Defendant.                           :
                                             :

**VERDICT FORM**

We, the jury, unanimously find the following:

**I.    FAMILY AND MEDICAL LEAVE ACT RETALIATION CLAIM**

**A.    Liability**

1.    Has Mr. Gary Ramadei proven by a preponderance of the evidence that he exercised his rights under the FMLA, and that Radiall USA's termination of his employment was motivated, at least in part, by his medical leave pursuant to the Family and Medical Leave Act?

          ___✓___YES      _____NO

*If you answered YES to Question 1, please answer Question 2.*

*If you answered NO to Question 1, your deliberations are complete, and you may proceed to Part II.*

**B.    Economic Damages**

2.    If you answered "YES" to Question 1, what amount do you award Mr. Ramadei to compensate him for his lost wages, salary, employment benefits, or other compensation?

          $___187,714.00___

*If you answered Question 2, please answer Question 3.*

1

3.  Has Radiall USA proven by a preponderance of the evidence that suitable alternative work existed, and that Mr. Ramadei did not make reasonable efforts to obtain such work?

_____YES      √ NO

*If you answered NO to Question 3, please answer Question 5.*

*If you answered YES to Question 3, please answer Question 4.*

4.  By what amount of money should the answer to Question 2 be reduced because Mr. Ramadei failed to mitigate his damages?

$_____

*Please proceed to Question 5.*

### C.   **Liquidated Damages**

5.  Has Radiall USA proven by a preponderance of the evidence that it acted in good faith and had reasonable grounds to believe terminating Mr. Ramadei was not a violation the Family and Medical Leave Act?

√ YES      _____NO

*If you have answered Question 5, you have completed your deliberations, and you may proceed to Part II.*

## II.   CONCLUSION

You have now completed the Verdict Form.  Please have your foreperson sign and date below.

_____        12/8/2023
Jury Foreperson             Date

2